| | | | |
|---|---|---|---|
| Smaage v. State<br>2017 MT 221N | DA 16-0750<br>Affirmed | 09/05/17 | Dist. 1 (Lewis and<br>Clark) |
| Puckett v. Fender | OP 17-0509<br>Denied | 09/05/17 | Original Proceeding<br>Habeas Corpus |
| Matter of A.M.M.<br>2017 MT 227N | DA 16-0729<br>Affirmed | 09/12/17 | Dist. 20 (Lake) |
| State v. Doney<br>2017 MT 228N | DA 15-0206<br>Affirmed | 09/12/17 | Dist. 13<br>(Yellowstone) |
| Reber v. Vukovich | OP 17-0519<br>Denied | 09/12/17 | Original Proceeding<br>Habeas Corpus |
| Marriage of<br>Patterson<br>2017 MT 231N | DA 17-0112<br>Affirmed | 09/19/17 | Dist. 4 (Missoula) |
| Belanus v. Sherlock<br>et al.<br>2017 MT 232N | DA 16-0543<br>Affirmed | 09/19/17 | Dist. 1 (Lewis and<br>Clark) |
| State v. Henry<br>2017 NT 233N | DA 16-0462<br>Affirmed | 09/19/17 | Dist. 4 (Missoula) |
| Matter of I.L.E.,<br>YINC<br>2017 MT 234N | DA 16-0621<br>Affirmed | 09/19/17 | Dist. 8 (Cascade) |
| Gillin v. Butte-Silver<br>Bow Detention Ctr. | OP 17-0539<br>Denied | 09/19/17 | Original Proceeding<br>Habeas Corpus |
| Victor Federation of<br>Teachers v. 21st Jud.<br>District Court | OP 17-0515<br>Denied | 09/19/17 | Original Proceeding<br>Supervisory Control |
| ACLU of Montana v.<br>AG & SOS | OP 17-0449<br>Language<br>Change | 09/19/17 | Original Proceeding<br>Ballot Language |
| Whalen v. State<br>2017 MT 239N | DA 16-0540<br>Affirmed | 09/26/17 | Dist. 13<br>(Yellowstone) |